UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HASPEL, L.L.C.

CIVIL ACTION

VERSUS

NO. 12-774-JJB

SAMSUNG C&T AMERICA, INC.

# RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on an objection[1] to the Magistrate Judge's Report and Recommendation to Remand (Doc. 11) filed by Defendant Samsung C&T America, Inc. ("Samsung") (Doc. 13). Plaintiff Haspel, L.L.C. ("Haspel") has filed an opposition. (Doc. 14). The Magistrate Judge found that this matter should be remanded to state court because the amount in controversy does not exceed $75,000. (Doc. 11). Upon reviewing the Magistrate Judge's Report and Recommendation and the parties' respective briefings on the matter, the Court hereby AFFIRMS and ADOPTS the Magistrate Judge's Report and Recommendation. (Doc. 11). Haspel's request to increase attorney's fees is denied as unwarranted.

Signed in Baton Rouge, Louisiana on May 14th, 2013.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Although Samsung improperly styled this objection as a motion for reconsideration, the Court will treat it as an objection.